IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02606-BNB

MURPHY MILES, JR.,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC -8 2010

GREGORY C. LANGHAM
                       CLERK

## ORDER OF DISMISSAL

Plaintiff, Murphy Miles, Jr., is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the correctional facility in Limon, Colorado. He submitted to the Court *pro se* a copy of a letter he sent to the governor of the State of Colorado. The Court reviewed the letter and determined it was deficient. Therefore, on October 26, 2010, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Miles to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

Specifically, Mr. Miles was directed either to pay the $350.00 filing fee or to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the Court-approved form together with a certified copy of his trust fund account statement for the six-month period immediately preceding this filing. The October 26 order also pointed out that Mr. Miles failed to submit a complaint. The order

warned Mr. Miles that, if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without prejudice and without further notice.

Mr. Miles has failed to cure the deficiencies listed in the October 26 order within the time allowed or otherwise to communicate with the Court in any way.

Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Murphy Miles, Jr., within the time allowed, to cure the deficiencies designated in the October 26, 2010, order to cure, and for his failure to prosecute.

DATED at Denver, Colorado, this 7th day of December, 2010.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02606-BNB

Murphy Miles, Jr.
Prisoner No. 76530
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on December 8, 2010.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk